# EXHIBIT A

Int. Cl.: 15

Prior U.S. Cl.: 36

Reg. No. 2,051,790

**United States Patent and Trademark Office**   Registered Apr. 15, 1997

## TRADEMARK
### PRINCIPAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPORATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

FOR: STRINGED INSTRUMENTS, NAMELY GUITARS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 12–31–1958; IN COMMERCE 12–31–1958.
THE MARK COMPRISES A FANCIFUL CONFIGURATION OF A GUITAR BODY.

SER. NO. 74–570,030, FILED 9–6–1994.

LORI SCHULMAN, EXAMINING ATTORNEY