# EXHIBIT B

Int. Cl.: **15**

Prior U.S. Cl.: **36**

### United States Patent and Trademark Office

**Reg. No. 2,053,805**

Registered Apr. 22, 1997

## TRADEMARK
### PRINCIPAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPO-
RATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

FOR: STRINGED INSTRUMENTS, NAMELY
GUITARS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 12-31-1958; IN COMMERCE
12-31-1958.
THE MARK COMPRISES A FANCIFUL CON-
FIGURATION OF A GUITAR BODY.

SER. NO. 74-570,078, FILED 9-6-1994.

LORI SCHULMAN, EXAMINING ATTORNEY