# EXHIBIT C

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,976,202**

**Registered June 7, 2011**

**Int. Cl.: 15**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

GIBSON GUITAR CORP. (DELAWARE CORPORATION)
309 PLUS PARK BLVD.
NASHVILLE, TN 37217

FOR: STRINGED INSTRUMENTS, NAMELY, GUITARS AND ELECTRIC GUITARS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 12-31-1958; IN COMMERCE 12-31-1958.

THE MARK CONSISTS OF THE THREE DIMENSIONAL CONFIGURATION OF A GUITAR PEG HEAD.

SER. NO. 85-216,721, FILED 1-13-2011.

FRANK LATTUCA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office