# EXHIBIT D

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.10.23 02:34:25 -04'00'

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,891,918**

**Registered Nov. 08, 2022**

**Int. Cl.: 15**

**Trademark**

**Principal Register**

Gibson Brands, Inc.  (DELAWARE CORPORATION)
209 10th Ave S, Suite 460
Nashville, TENNESSEE 37203

CLASS 15: Musical instruments, namely, electric guitars

FIRST USE 12-31-1958; IN COMMERCE 12-31-1958

The mark consists of a three-dimensional configuration comprising the product design of the stylized word element GIBSON appearing on a uniquely-shaped guitar headstock, with a uniquely-shaped guitar body. Elements shown in broken lines are not part of the mark and serve only to show the position or placement of the mark.

OWNER OF U.S. REG. NO. 0866698, 1020485, 2007277

SEC. 2(F) as to The body portion of Applicant's Mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement; The headstock portion of Applicant's Mark has become distinctive of the goods/services as evidenced by the ownership on the Principal Register for the same mark for sufficiently similar goods/services of active U.S. Registration No(s). 1020485

SER. NO. 90-606,654, FILED 03-26-2021



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



# United States of America
## United States Patent and Trademark Office



**Reg. No. 8,112,406**

**Registered Jan. 20, 2026**

**Int. Cl.: 15**

**Trademark**

**Supplemental Register**

Gibson, Inc.  (DELAWARE CORPORATION)
209 10th Ave S, Suite 460
Nashville, TENNESSEE 37203

CLASS 15: Guitars

FIRST USE 00-00-1964; IN COMMERCE 00-00-1964

The mark consists of a three-dimensional configuration of a uniquely-shaped guitar body, featuring a design of two diamond-shaped f-holes on either side of the guitar face. Elements shown in broken lines are not part of the mark and serve only to show the position or placement of the mark on the goods.

SER. NO. 99-144,339, FILED P.R. 04-18-2025; AM. S.R. 12-18-2025



DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE



# United States of America
## United States Patent and Trademark Office



**Reg. No. 8,112,405**

**Registered Jan. 20, 2026**

**Int. Cl.: 15**

**Trademark**

**Supplemental Register**

Gibson, Inc.  (DELAWARE CORPORATION)
209 10th Ave S, Suite 460
Nashville, TENNESSEE 37203

CLASS 15: Guitars

FIRST USE 00-00-1964; IN COMMERCE 00-00-1964

The mark consists of a three-dimensional configuration of a uniquely-shaped guitar body, featuring a design of a pick guard with an upward curving shape and the design of two diamond-shaped f-holes. Elements shown in broken lines are not part of the mark and serve only to show the position or placement of the mark on the goods.

SER. NO. 99-144,294, FILED P.R. 04-18-2025; AM. S.R. 12-18-2025



DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

