# EXHIBIT E

Int. Cl.: **15**

Prior U.S. Cls.: **2, 21 and 36**

Reg. No. **2,215,791**

## United States Patent and Trademark Office

Registered Jan. 5, 1999

### TRADEMARK
### PRINCIPAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPO-
RATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

FOR: STRINGED INSTRUMENTS, NAMELY,
GUITARS, IN CLASS 15 (U.S. CLS. 2, 21 AND
36).

FIRST USE 12-31-1961; IN COMMERCE
12-31-1961.

THE MARK COMPRISES A FANCIFUL
DESIGN OF A GUITAR BODY.
SEC. 2(F).

SER. NO. 75-272,182, FILED 4-10-1997.

ANDREW BAXLEY, EXAMINING ATTORNEY