# EXHIBIT F

**Int. Cl.: 15**

**Prior U.S. Cl.: 36**

# United States Patent and Trademark Office

**Reg. No. 1,782,606**
Registered July 20, 1993

## TRADEMARK
### PRINCIPAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPO-
RATION)
P.O. BOX 10087
641 MASSMAN DRIVE
NASHVILLE, TN 37210

FOR: GUITARS, IN CLASS 15 (U.S. CL. 36).
FIRST USE 12–0–1952; IN COMMERCE
12–0–1952.
THE LINING OF THE DRAWING IS NOT IN-
TEDED TO INDICATE COLOR.

THE MARK CONSISTS OF A UNIQUELY
SHAPED CONFIGURATION FOR THE BODY
PORTION OF THE GUITAR AS ILLUSTRATED
IN THE DRAWING BY THE SOLID LINES.

SEC. 2(F).

SER. NO. 73–675,665, FILED 7–31–1987.

MARY FRANCES BRUCE, EXAMINING AT-
TORNEY