# EXHIBIT G

Int. Cl.: 15

Prior U.S. Cl.: 36

# United States Patent Office

**Reg. No. 1,020,485**
Registered Sept. 16, 1975

## TRADEMARK
### Principal Register



Norlin Music, Inc. (Delaware corporation)
7373 N. Cicero Ave.
Chicago, Ill.   60646

For: STRING INSTRUMENTS, in CLASS 15 (U.S. CL. 36).

First use at least as early as 1922; in commerce at least as early as 1922.

The mark represents a design for a pig-head profile.

Owner of Reg. Nos. 895,535, 918,934, and others.

Ser. No. 19,795, filed Apr. 25, 1974.

CHARLES R. FOWLER, Supervisory Examiner

RICHARD A. STRASER, Examiner