# EXHIBIT H



Up to 36 Months Special Financing now through 3/31/26 [with your Synchrony Music & Sound Credit Card] Learn More

GIBSON |                                    Garage  |  Find Dealer  |  Support  |  Gazette

*Gibson*

3

GIBSON  ·  ELECTRIC GUITAR  ·  ORIGINAL COLLECTION













●●●●●●●●

## Highlights

♡ Wraparound bridge

▱ Gibson Deluxe tuners with white buttons

▦ Dogear P-90 pickup in bridge position

◡ Mahogany neck with SlimTaper profile

▯ Rosewood fretboard

▯ Slab mahogany body

# Gibson Les Paul Junior Double Cut, TV Yellow, Exclusive

Exclusive    Best Seller

$1,699

Details        **Double cutaway mahogany body, mahogany**

**neck with SlimTaper profile,...** more

Finish          **TV Yellow •** **Exclusive**

   

Notify me when available

| | |
|---|---|
| **Free & Fast Shipping** | + |
| **Lifetime Warranty** | + |
| **Case Included** | + |
| **Setup Included** | + |

          **Three Free Months of the Gibson App**                    +

Interest-free. $48/mo with 36-month financing. Learn how

**Pay**

From **$153.35**/mo with          Check your purchasing power

## Perfect Simplicity, Surprising Versatility

The Les Paul™ Junior Double Cut is a guitar known for being nearly perfect in its simplicity, with everything you need to rock and no frills to get in your way. However, some players underestimate this legendary guitar's versatility. While this single-pickup solidbody electric guitar was designed initially as a student model, the number of different tones that are available simply by adjusting the position of the volume and tone knobs and the position of your picking hand is nearly unlimited, and has resulted in the enthusiastic embrace of the model by countless professional musicians across genres and generations. The Les Paul Junior Double Cut's double-cutaway mahogany body also offers unimpeded access to the entire length of the fretboard, including the upper frets, making it an excellent choice for lead guitarists, too.

The Les Paul Junior Double Cut features a mahogany neck with a fast-playing and comfortable SlimTaper™ profile. The neck is topped with an unbound rosewood fretboard that is equipped with 22 medium jumbo frets and acrylic dot inlays. It is powered by a single Dogear P-90 pickup that is hand-wired to volume and tone controls, along with an Orange Drop® capacitor in the tone circuit. Smooth and reliable Gibson Deluxe tuners with white buttons, along with a Graph Tech® nut, ensure rock-solid tuning stability. A Wraparound bridge/tailpiece that bolts directly into the mahogany body delivers excellent sustain.

Discover the perfect simplicity and surprising versatility of the Les Paul Junior Double Cut today and experience the fun and tonal magic of this legendary guitar. A Gibson hardshell case is also included to help keep your investment safe and secure when you're not playing it and when you're traveling to your next gig, whether that's your first gig at a local club or the next stop on your latest world tour.

## Highlights

- ♡ Wraparound bridge
- ▭ Dogear P-90 pickup in bridge position
- ▯ Rosewood fretboard
- ◁ Gibson Deluxe tuners with white buttons
- ▽ Mahogany neck with SlimTaper profile
- ▯ Slab mahogany body

# Specifications

## Body Specs                                                    +

## Neck Specs                                                    +

## Electronics Specs                                             +

## Hardware Specs                                                +

## Misc Specs                                                    +



# 5 ★★★★★
**Based on 1 review**

| | |
|---|---|
| 5 ★ | 1 |
| 4 ★ | 0 |
| 3 ★ | 0 |
| 2 ★ | 0 |
| 1 ★ | 0 |

Search reviews   🔍    Rating   ⌄    With media   ◯

Sort by: Most relevant ⌄

**Josh G.**
✓ Verified Buyer

12/23/25

★★★★★ **Great guitar!**

**Love this johnny thunder's guitar!**

**Was this review helpful?** 👍 0 👎 0

Case 4:26-cv-00288-ALM    Document 1-8    Filed 03/24/26    Page 12 of 12 PageID #: 72