# EXHIBIT I

**Int. Cl.: 15**

**Prior U.S. Cl.: 36**

Reg. No. 1,567,052

# United States Patent and Trademark Office

Registered Nov. 21, 1989

## TRADEMARK
### PRINCIPAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPO-
RATION)
641 MASSMAN DRIVE
NASHVILLE, TN 37210

FOR: STRINGED INSTRUMENTS, NAMELY
GUITARS AND BASSES, IN CLASS 15 (U.S. CL.
36).

FIRST    USE    7–31–1958;    IN    COMMERCE
7–31–1958.

SEC. 2(F).

SER. NO. 755,644, FILED 10–3–1988.

PATRICK HINES, EXAMINING ATTORNEY