# EXHIBIT J

AIRBOURNE HAS LANDED I FIND OUT MORE →



ARTISTS  I  DEALERS  I  MEDIA & REVIEWS  I  ABOUT US  I  CONTACT US







>

# JETWING KORINA

The Jetwing Korina is a V-style solidbody electric built around lightweight Korina and classic set-neck construction. Its balanced feel, strong midrange, and open response give it a dry, punchy character that works equally well for tight rhythm and expressive lead playing.

Who this guitar is for?



Suchbegriff eingeben ...   🔍

  

| HOME | MARKEN | GITARREN | ZUBEHÖR | SERVICE | MEDIA | NEWSLETTER |

GITARREN BLITZVERSAND          OUTLET & B-WARE

Marken  ›  MAYBACH Guitars  ›  Albatroz

# Maybach Albatroz '65 Vintage Cream 60s Slim Taper Aged





## 2.120,00 €*

Preise inkl. MwSt. zzgl. Versandkosten

Sofort verfügbar, Lieferzeit: 1-3 Tage

−  1  +       In den Warenkorb





auch per Lastschrift

Pay with

♡ Zum Merkzettel hinzufügen

Produktnummer: MY-000854

AIRBOURNE HAS LANDED I FIND OUT MORE $\rightarrow$



ARTISTS I DEALERS I MEDIA & REVIEWS I ABOUT US I CONTACT US



Maybach Jr Doublecut | Electric Guitar - Maybach Guitars

3/7/26, 12:00 PM

AIRBOURNE HAS LANDED I FIND OUT MORE →

 

ARTISTS   |   DEALERS   |   MEDIA & REVIEWS   |   ABOUT US   |   CONTACT US





Case 4:26-cv-00288-ALM    Document 1-10    Filed 03/24/26    Page 8 of 11 PageID #: 82

AIRBOURNE HAS LANDED I FIND OUT MORE →



ARTISTS  I  DEALERS  I  MEDIA & REVIEWS  I  ABOUT US  I  CONTACT US







AIRBOURNE HAS LANDED I FIND OUT MORE →

 

ARTISTS  I  DEALERS  I  MEDIA & REVIEWS  I  ABOUT US  I  CONTACT US





‹        1/1        ›