# EXHIBIT K

Bates&Bates
INTELLECTUAL PROPERTY LAW

February 21, 2024

**VIA Email and International Mail**:
Dr. Magnus Hirsch
SKW Schwarz
Mörfelder Landstraße 117
60598 Frankfurt am Main
Germany
Tel: +49 (0)69 63 00 01-46
Email: m.hirsch@skwschwarz.de

> **Re:**    **Potential Infringement and Unauthorized Use of Gibson's Trademarks**

Dear Counsel:

Please be advised that the Law Offices of Bates & Bates, LLC, represents Gibson Brands, Inc. ("Gibson") in connection with intellectual property and unfair competition matters. We write to follow up regarding the above matter as it has recently come to Gibson's attention your client, iMusicnetwork e.K. (the "Company"), is using Gibson's trademarks in violation of Gibson's established rights. We are sending you this letter as our records reflect you were counsel of record for the Company in this matter. Should you no longer be representing the Company in this matter, we kindly request that you forward this letter to the Company and let us know the same.

As the Company is likely aware through previous correspondence, Gibson has sought and received trademark registrations and protections for its unique body designs. A partial list of Gibson's U.S. trademarks can be found at https://www.gibson.com/en-US/Trademarks-of-Gibson-Brands-Inc. Along with the U.S., many of Gibson's Trademarks are registered or pending in numerous other countries.

Gibson owns exclusive trademark rights for: the SG Body Shape Design® Trademark (U.S. Reg. No. 2215791; EUTM No. 010488237; UK00910488237), the SG® Word Mark (U.S. Reg. No. 3931128; EUTM No. 009698581), the Les Paul Body Shape Design® Trademark (U.S. Reg. No. 1782606; UK2002868; EUTM No. 012092391), the Dove-Wing Headstock Design® Trademark (U.S. Reg. No. 1020485; UK1052837; German Reg. No. 960291; EUTM No. 010942373), the ES Body Shape Design® Trademark (U.S. Reg. No. 2007277; EUTM No. 017900891; UK00917900891), the ES® Word Mark (U.S. Reg. No. 2599297; EUTM No. 011410933; UK00911410933), the Flying V Body Shape Design® Trademark (U.S. Reg. No. 2051790; EUTM No. 016285091; UK00916285091), and the Flying V Headstock Design® Trademark (U.S. Reg. No. 3976202; EUTM No. 010942721) (collectively the "Gibson Trademarks"), for use with stringed instruments. Many of the Gibson Trademarks have been registered in the U.S. for at least 5 years, making them incontestable.

The Company is using identical or confusingly similar marks in connection with the advertising and sale of its Maybach guitars. Pictures of the famous Gibson Trademarks being used by the Company in connection with its guitars are attached as **Exhibit A**. This letter is being sent to

**ATLANTA** | 1890 Marietta Boulevard NW, Atlanta, GA 30318
404.228.7439 | 866.701.0404 | www.bates-bates.com
**LOS ANGELES | WASHINGTON | IOWA | HAWAII | FLORIDA**

protest this unauthorized use of the Gibson Trademarks. The Company's use of the Gibson Trademarks unfairly capitalizes on the goodwill and reputation embodied in the famous Gibson designs. The public will and likely has already mistakenly believed that the Company's use of the aforementioned Gibson Trademarks is authorized, sponsored by, or is somehow affiliated with Gibson.

This type of deceptive trade practice could subject the Company to claims for trademark infringement under Section 32(1) of the Lanham Act, 15 USC § 1114(1), a false designation of the original and false description under Section 43(a) of the Lanham Act, 15 USC § 1125(a), and could violate state trademark and dilution statutes as well as common law principles of unfair competition and misappropriation. In addition to U.S. law, the use of the Gibson Trademarks in countries where Gibson has obtained registered marks or pending marks likely violates the trademark laws of that Jurisdiction.

We hereby demand that the Company immediately **cease and desist** from using the Gibson Trademarks on any products, advertisements, or in connection with any listings. We further request that the Company or any affiliated entity or agent will: (1) immediately cease use of the Gibson Trademarks or any marks confusingly similar to the Gibson Trademarks, and (2) rescind and refrain from any further advertisements bearing the Gibson Trademarks or any marks confusingly similar to the Gibson Trademarks. Further, the Company, or any affiliated entity or agent, will need to remove its use of Gibson's Word Marks, or any marks confusingly similar thereto, from hashtag advertising on social media. Lastly, the Company, or any affiliated entity or agent, must remove all use of the terms "LP Style" or "LP" to refer to its single cut guitars as use of these terms to describe its single cut guitars creates a likelihood of confusion with Gibson's famous Les Paul guitar.

We appreciate your cooperation in this matter and look forward to receiving your response by **March 6, 2024**, if feasible.

This letter is written without prejudice to any and all rights of Gibson, including all rights to injunctive, monetary, and other relief of any kind, all of which are expressly reserved.

Regards,

/s/ Andrea E. Bates
Andrea E. Bates
abates@bates-bates.com

# Exhibit A





# The Queen
# Of Everything

When a genius musician shook the music world with an ingenious guitar design long ago, no one could have expected that he had enthroned the coming queen of the electric guitar world. When this queen cemented her reign in the 1960s with legendary blues-rock sounds from incredibly talented guitar heroes, she got the rock rolling and laid a fundamental foundation for unforgettable trademark sounds. Without them, today's guitar world would sound completely different. No wonder this guitar design has become one of the most popular in electric guitar history – and one of the most successful in the Maybach world.

We build the artful creations of our Lester Series with the best possible awareness of this great tradition of the golden Fifties. Each Lester leaves our workshop knowing it will carry on the great legacy of this genius musician to the world. And this leaves us both humble and proud.



BACK TO OVERVIEW

## Rock 'n' Roll Has No Beginning And No End For It Is The Very Pulse Of Life Itself. (Larry Williams)

The body shapes and neck profiles of this model's best years (1957 to 1959) have defined the standard to which each Maybach Lester faithfully aligns. With the selection of first-class tonewoods in traditionally proven combinations, we achieve the best possible basis for creating the many different but all magical sounds with which this model has left deep traces in electric guitar history.

Two crucial issues have received our special attention. First, there is the weight of the guitar. While other manufacturers



Document title: Lester Series Archive - Maybach Guitars
Capture URL: https://maybach-guitars.de/guitars/series/lester-series/
Capture timestamp (UTC): Mon, 19 Feb 2024 19:19:40 GMT



the best possible basis for creating the many different but all magical sounds with which this model has left deep traces in electric guitar history.

Two crucial issues have received our special attention. First, there is the weight of the guitar. While other manufacturers have long since moved to partially routing out their mahogany bodies to reduce weight, we use the best, lightest mahogany, just like in former days – with the result that every Maybach Lester stays under the 4 kg barrier. Secondly, we are proud to work with some famous pickup manufacturers who have developed outstanding products for this type of guitar. Like the Amber „Spirit of '59" humbucker, which realizes exactly the dynamic-earthy sound this guitar model stands for. Please note: All pickups used in our Lester are also available separately in our store.

Maybach Lester models are finished with nitro lacquer to let the breath of Rock' n' Roll flow and are available in slightly aged colors like Black Velvet, Midnight Sunset, Iced Tea, Pelham Blue, Earl Grey, Wild Cherry, Gold, and Havanna Tobacco.

## LOOK INTO THE WORKSHOP







### Lester Black Velvet 54 Custom Aged Bigsby

VIEW MODEL

### Lester Black Velvet 57 Custom Aged

VIEW MODEL

### Lester Earl Grey 59 Aged

VIEW MODEL







Document title: Lester Series Archive - Maybach Guitars
Capture URL: https://maybach-guitars.de/guitars/series/lester-series/
Capture timestamp (UTC): Mon, 19 Feb 2024 19:19:40 GMT

Guitars    Custom Shop    Maybach World    Artists    Media    Dealers    Contact

  

### Lester Edelweiss 72 Custom Aged

VIEW MODEL

### Lester Gold Rush 57 Aged

VIEW MODEL

### Lester Gold Rush P90 Aged

VIEW MODEL

  

### Lester Havanna Tobacco 58 Aged

VIEW MODEL

### Lester Honey Pie 59 Aged

VIEW MODEL

### Lester Icetea Faded 59 Aged

VIEW MODEL

  

### Lester Midnight Sunset 59 Aged

VIEW MODEL

### Lester Pelham Blue 59 Aged

VIEW MODEL

### Lester Pelham Blue P90 Aged

VIEW MODEL

Document title: Lester Series Archive - Maybach Guitars
Capture URL: https://maybach-guitars.de/guitars/series/lester-series/
Capture timestamp (UTC): Mon, 19 Feb 2024 19:19:40 GMT

### Sunset 59 Aged

VIEW MODEL

### Aged

VIEW MODEL

### P90 Aged

VIEW MODEL







### Lester Wild Cherry 59 Aged

VIEW MODEL

### Lester Wild Saffron Custom Shop Aged

VIEW MODEL

### Maybach Lester Cherry Lane 58 Aged

VIEW MODEL

## Wanna shop now?

*Click here to view our online shop!*

TO THE SHOP



# Blues Or Nothing!

Blues is everywhere. In Rock, in Soul, in Jazz. Blues is the origin, the source, and the mouth, and blues is nothing but the flow of musical life. Our Capitol '59 Series incorporates all the attributes that a classic semi-acoustic design brings to the world – clarity, determination, aplomb, and an incredible versatility that makes it best suited to play in almost any genre. If any instrument can deliver what its design promises, it's the Maybach Capitol '59.

Our highly trained craftsmen do their best every day to give each Capitol '59 this all-encompassing legacy to take with them on their journey. And we're very confident that this will resonate with you similarly. But beware: The sovereignty of a Capitol '59 will be demanding; if you stand up to the challenge, you'll be richly rewarded.



BACK TO OVERVIEW



# If You Don't Know The Blues... There's No Point In Picking Up The Guitar. (Keith Richards)

The semi-acoustic design brings the best of both worlds. On the one hand, it produces an acoustically inspired, open, and transparent tone that only a resonant chamber as large as the one inside a Capitol '59 can make. On the other, an expertly installed center block in the body allows you to celebrate this sound at high stage volumes without having your performance ruined by feedback or booming.

The Maybach Capitol '59 stands in the tradition of the 1959 model year, obviously the best year of this guitar type. The historically correct arching of the maple top and back, the appropriate shape of both cutaways, the f-holes in traditionally accurate shaping, and the



Document title: Capitol Series Archive - Maybach Guitars
Capture URL: https://maybach-guitars.de/guitars/series/capitol-series/
Capture timestamp (UTC): Mon, 19 Feb 2024 19:20:59 GMT



The Maybach Capitol '59 stands in the tradition of the 1959 model year, obviously the best year of this guitar type. The historically correct arching of the maple top and back, the appropriate shape of both cutaways, the f-holes in traditionally accurate shaping, and the glued-in mahogany neck with its rosewood fingerboard promise the best at first glance. This impression will be lastingly confirmed when the end-fifties neck profile of the Capitol '59 gently snuggles into your hand. The icing on the cake is the outstanding „Spirit of '59" pickups from German manufacturer Amber. They transmit the voice of the Capitol '59 so that it can unfold its sounds magnificently on the wings of lightness. Those who are looking for a more direct and punchy sound will, of course, find it in the Capitol '59 with double Amber P-90 pickups. Please note: The pickups used in Capitol '59 are available individually in our store.

We finish all Maybach Capitol '59 Series instruments with nitro lacquer, which allows the guitar's semi-acoustic body to breathe freely. We chose slightly aged Tobacco Sunburst, Cherry, Natural, Chocolate, and Black colors for this guitar icon.

## LOOK INTO THE WORKSHOP



### Capitol 59 Antique Burst Aged

VIEW MODEL



### Capitol 59 Cherry Red Aged

VIEW MODEL



### Capitol 59 Natural Vintage Amber Aged

VIEW MODEL

Document title: Capitol Series Archive - Maybach Guitars
Capture URL: https://maybach-guitars.de/guitars/series/capitol-series/
Capture timestamp (UTC): Mon, 19 Feb 2024 19:20:59 GMT
Page 2 of 4



Guitars   Custom Shop   Maybach World   Artists   Media   Dealers   Contact

# Be What You Are!

Individualists, mavericks, and free spirits need tools that express their extraordinary creativity, liberated from all the ballast of tradition and the ordinary. Light, agile, fast, spontaneous, and with a sound that answers all the questions of this world and leaves no more questions behind. Only the musician and his instrument, reduced to the essentials, are significant and a requirement for creations that will stand the test of time. The Albatroz Series gives you all the tools necessary for the artist's path.

## BACK TO OVERVIEW





# The Best Rock 'n' Roll Got Its Birth In The Blues. (Angus Young)

The Maybach Albatroz 65 Series instruments are blessed with specific ingredients to rock in a sophisticated way. These are classic ingredients like the lightweight mahogany for body and neck, these are outstanding pickups in P90 and humbucker formats from famous manufacturers like renowned German company Amber, but it is also the proper grip of the 65 neck profile that feels oh-so-familiar.

All Maybach Albatroz 65 Series instruments are traditionally finished with Nitro lacquer, allowing the instrument to breathe Rock 'n' Roll. And finally, you can choose between several classy, slightly aged finishes like Dark Wine Red, Walnut TV-Yellow, Vintage White or Black.

## TO THE WORKSHOP







Document title: Albatroz Series Archive - Maybach Guitars
Capture URL: https://maybach-guitars.de/guitars/series/albatroz-series/
Capture timestamp (UTC): Mon, 19 Feb 2024 19:21:49 GMT



## Albatroz 65 Dark Winered Aged

VIEW MODEL



## Albatroz 65 TV Yellow Aged

VIEW MODEL



## Albatroz 65 Vintage Cream Aged

VIEW MODEL



## Albatroz 65-2 Dark Winered Aged

VIEW MODEL



## Albatroz 65-2 Olympic White Aged

VIEW MODEL



## Albatroz 65-2 P90 Black Aged

VIEW MODEL











## Albatroz 65-2 P90 TV Yellow Aged

VIEW MODEL

## Albatroz 65-2 P90 Winered Aged

VIEW MODEL

## Albatroz 65-2 TV Yellow Aged

VIEW MODEL




## Albatroz 65-2 Vintage Cream Aged

VIEW MODEL

## Albatroz 65-2 Vintage Cream Aged

VIEW MODEL

## Wanna shop now?

*Click here to go to view our online store!*

TO THE SHOP

Document title: Albatroz Series Archive - Maybach Guitars
Capture URL: https://maybach-guitars.de/guitars/series/albatroz-series/
Capture timestamp (UTC): Mon, 19 Feb 2024 19:21:49 GMT



# Maybach Jetwing Natural Customshop Masterbuilt by Nick Page

Guitars    Custom Shop    Maybach World    Artists    Media    Dealers    Contact

## BODY

| | |
|---|---|
| BODY CONSTRUCTION | SOLID BODY |
| BODY | 2-PCS. KORINA or OKOUMÈ |
| FINISH | NITROCELLULOSE |
| COLOR OPTIONS | VINTAGE HONEY, VINTAGE WHITE, BLACK VELVET, NATURAL |

## NECK

| | |
|---|---|
| HEADSTOCK | MAYBACH |
| WOOD | MAHAGONY |
| TRUSSROD | SINGLE ACTION |
| FINISH | NITROCELLULOSE HIGH GLOSS |
| NECK JOINT | BOLT-ON |

## HARDWARE

| | |
|---|---|
| TUNERS | GOTOH SD90 RELIC |
| KNOBS | TOP HAT BLACK |
| STRINGS | D'ADDARIO EXL 110 LIGHT GAI 0.10 - 0.46 |



## FRETBOARD

| | |
|---|---|
| WOOD | INDIAN ROSEWOOD |
| RADIUS | 12" |
| FRETWIRE | MEDIUM JUMBO |
| NUT | REAL BONE |
| NUT WIDTH | 42.8" |
| FINGERBOARD INLAYS | MOP DOTS |
| BINDING | NONE |

## ELECTRONICS

| | |
|---|---|
| PICKUPS | 2x AMBER SPIRIT OF 59 |
| POTS | CTS TVT 500 kΩ |
| CAPACITOR | 0,022 UF |
| WIRING | VINTAGE WIRING |
| CONTROLS | 2V/1T |
| SWITCH | 3-WAY TOGGLE |

Document title: Maybach Jetwing Natural Customshop Masterbuilt by Nick Page - Maybach Guitars
Capture URL: https://maybach-guitars.de/guitars/maybach-universte-british-racing-green-over-sunburst-by-nick-page/
Capture timestamp (UTC): Mon, 19 Feb 2024 19:23:20 GMT

Page 1 of 3

SWITCH | 3-WAY TOGGLE

# ELECTRONICS



## Floats like a butterfly, stings like a bee! (Muhammad Ali)

As we always say, we know precisely where we come from and where our roots lie. Because we understand tradition! The Jetwing is a further, credible commitment to the good old design language of the golden age of guitars, combined with our promise to present the sound, playability, and workmanship at a level that gives you the feeling of having finally arrived here and now after a long journey through time – with all the good gifts you have brought back from that journey.





*LET YOUR PERSONAL JOURNEY THROUGH TIME BEGIN – SAFE AND SNUG UNDER THE BROAD WINGS OF THE JETWING!*

## DEALERS

## The MAYBACH® Jetwing



Document title: Maybach Jetwing Natural Customshop Masterbuilt by Nick Page - Maybach Guitars
Capture URL: https://maybach-guitars.de/guitars/maybach-universte-british-racing-green-over-sunburst-by-nick-page/
Capture timestamp (UTC): Mon, 19 Feb 2024 19:23:20 GMT



*LET YOUR PERSONAL JOURNEY THROUGH TIME BEGIN - SAFE AND SNUG UNDER THE BROAD WINGS OF THE JETWING!*

## DEALERS

# The MAYBACH®
# Jetwing

The choice of different body woods such as Okoumé, Cedro, or Korina and pickups such as Amber or Cream T. allow you to perfectly tailor the ultimate V experience to your own ideas. Like all Maybach instruments, the Jetwing is carefully sealed with historically correct nitrocellulose lacquer.

## COMPANY

**iMusicnetwork e.K.
Toni Götz**

Kapellenweg 5
D-97268
Kirchheim/Germany

TEL: + 49 (0) 9366 999 79
FAX: + 49 (0) 9366 990327
info@maybach-guitars.com

## MAYBACH GUITARS

Guitars
Maybach World
Artists
Media

## BUY A GUITAR

Dealers
Shop

## LEGAL

Contact
Imprint
Data Privacy

## CUSTOM SHOP

Would you like to configure your own **individual** model?

## SOCIAL MEDIA

 

## CONFIGURE NOW

Document title: Maybach Jetwing Natural Customshop Masterbuilt by Nick Page - Maybach Guitars
Capture URL: https://maybach-guitars.de/guitars/maybach-universte-british-racing-green-over-sunburst-by-nick-page/
Capture timestamp (UTC): Mon, 19 Feb 2024 19:23:20 GMT                    Page 3 of 3






iMUSIC NETWORK

Suchbegriff ...

ANMELDEN          WARENKORB

| MARKEN | GITARREN | ZUBEHÖR | SERVICE | MEDIA | NEWSLETTER | GITARREN BLITZVERSAND |

⌂ ❯ Marken ❯ Maybach Guitars ❯ **Albatroz**





**MAYBACH** Albatroz '65 Dark Wine Red Aged
Produktnummer: MY-000072

**1.979,00 €\***

Preise inkl. MwSt. zzgl. Versandkosten

● Versandfertig in 180 Tagen, Lieferzeit 1-3 Tage

♡    Zum Merkzettel hinzufügen

| 1 | In den Warenkorb |

Bezahlen mit **amazon** »
**NUTZEN SIE IHR AMAZON-KONTO**

Direkt zu **PayPal**

**PayPal** Bezahlen Sie in 3-24 monatlichen Raten. Mehr erfahren

🚚 Versandkostenfrei ab 29 €

♖ Von iMusicnetwork Experten überprüft

| Beschreibung | Bewertungen |

## Produktinformationen "Maybach Albatroz '65 Dark Wine Red Aged"

**Produkt Eigenschaften:**

| | |
|---|---|
| **Cutaway:** | Double Cutaway |
| **Elektronik:** | 1x Volume, 1x Tone |
| **Farbe:** | Wine Red |
| **Finish:** | aged/gealtert |
| **Griffbrett:** | Palisander |
| **Griffbrett Inlays:** | Punkte/Dots |
| **Hals:** | Mahagoni massiv |
| **Hals-Korpus Verbindung:** | geleimt |
| **Halsdicke:** | 1. Bund: ca. 24mm,12. Bund: ca. 25,5mm |
| **Halsprofil:** | Big C |
| **Headstock:** | Larson Headstock |

| | |
|---|---|
| Griffbrett: | Palisander |
| Griffbrett Inlays: | Punkte/Dots |
| Hals: | Mahagoni massiv |
| Hals-Korpus Verbindung: | geleimt |
| Halsdicke: | 1. Bund: ca. 24mm,12. Bund: ca. 25,5mm |
| Halsprofil: | Big C |
| Headstock: | Larson Headstock |
| Herkunftsland: | Tschechien |
| Hersteller: | Maybach Guitars |
| Korpusart: | Solidbody |
| Korpusform: | SG-Style |
| Korpusmaterial: | Mahagoni |
| Lackierung: | Nitrocellulose Lack |
| Mechaniken: | Gotoh SD-90 Relic |
| Mensur: | 628 mm |
| Sattel: | Knochen |
| Sattelbreite: | 42,8 mm |
| Tonabnehmer Steg: | Amber 90 Standard Dog Ear |



**SERVICE HOTLINE**

Unterstützung und Beratung unter:

09366 - 99979

Mo-Fr, 09:00 - 17:00 Uhr

Oder über unser Kontaktformular.

**INFORMATIONEN**

> Versand und
> Defektes Produkt
> Partnerprogramm

+ mehr

**RECHTLICHES**

> AGB
> Impressum
> Datenschutz

+ mehr

**IMUSIC NETWORK NEWS**

Abonnieren Sie jetzt unseren iMusic Network Newsletter und erfahren Sie Interessantes rund um das Thema iMusic Network, unser Sortiment und die neusten Gitarren. Der Newsletter ist jederzeit kostenlos abbestellbar.

Ihre E-Mail Adresse

☐ Ich habe die Datenschutzbestimmungen zur Kenntnis genommen und die AGB gelesen und bin mit ihnen einverstanden.

SICHER EINKAUFEN & BEZAHLEN

* Alle Preise inkl. gesetzl. Mehrwertsteuer zzgl. Versandkosten und ggf. Nachnahmegebühren, wenn nicht anders angegeben.

© iMusicnetwork 2024



iMUSIC NETWORK

Suchbegriff ...

ANMELDEN

WARENKORB

| MARKEN | GITARREN | ZUBEHÖR | SERVICE | MEDIA | NEWSLETTER | GITARREN BLITZVERSAND |

Marken  >  **Maybach Guitars**





**MAYBACH** Lester '59 Pelham Blue Aged

Produktnummer: MY-000330

**2.490,00 €***

Preise inkl. MwSt. zzgl. Versandkosten

● Versandfertig in 60 Tagen, Lieferzeit 1-3 Tage

♡  Zum Merkzettel hinzufügen

| 1 | **In den Warenkorb** |

Bezahlen mit **amazon** »

**NUTZEN SIE IHR AMAZON-KONTO**

Direkt zu **PayPal**

**PayPal** Bezahlen Sie in 3-24 monatlichen Raten. Mehr erfahren

🚚 Versandkostenfrei ab 29 €

👥 Von iMusicnetwork Experten überprüft

| Beschreibung | Bewertungen |

## Produktinformationen "Maybach Lester '59 Pelham Blue Aged"

**Produkt Eigenschaften:**

| | |
|---|---|
| **Bindings:** | ABS |
| **Cutaway:** | Single Cutaway |
| **Decke:** | Ahorn aufgeleimt |
| **Elektronik:** | 3-Wege Schalter, 2x Volume, 2x Tone |
| **Farbe:** | Pelham Blue |
| **Finish:** | aged/gealtert |
| **Griffbrett:** | Palisander |
| **Griffbrett Inlays:** | Trapez Einlagen |
| **Hals:** | Mahagoni massiv |
| **Hals-Korpus Verbindung:** | geleimt |
| **Halsdicke:** | 1. Bund: ca. 23mm,12. Bund: ca. 25,5mm |

Document title: Maybach Lester &#39;59 Pelham Blue Aged

Capture URL: https://i-musicnetwork.com/Maybach-Lester-59-Pelham-Blue-Aged/MY-000330

Capture timestamp (UTC): Mon, 19 Feb 2024 19:34:41 GMT

Page 1 of 3

| | |
|---|---|
| Griffbrett Inlays: | Trapez Einlagen |
| Hals: | Mahagoni massiv |
| Hals-Korpus Verbindung: | geleimt |
| Halsdicke: | 1. Bund: ca. 23mm,12. Bund: ca. 25,5mm |
| Halsprofil: | Big C,50s Fat Neck |
| Headstock: | Larson Headstock |
| Herkunftsland: | Tschechien |
| Hersteller: | Maybach Guitars |
| Korpusart: | Solidbody, Enhanced Resonance System |
| Korpusform: | LP-Style |
| Korpusmaterial: | Mahagoni |
| Lackierung: | Nitrocellulose Lack |
| Mechaniken: | Gotoh SD-90 Relic |
| Mensur: | 628 mm |
| Sattel: | Knochen |
| Sattelbreite: | 42,8 mm |
| Tailpiece: | Stoptail |
| Tonabnehmer: | Amber Spirit of 59 Set |
| Tonabnehmer Hals: | Amber Spirit of 59 |
| Tonabnehmer Steg: | Amber Spirit of 59 |

## SERVICE HOTLINE

Unterstützung und Beratung unter:

09366 - 99979

Mo-Fr, 09:00 - 17:00 Uhr

Oder über unser Kontaktformular.

## INFORMATIONEN

> Versand und
> Defektes Produkt
> Partnerprogramm

    + mehr

## RECHTLICHES

> AGB
> Impressum
> Datenschutz

    + mehr

## IMUSIC NETWORK NEWS

Abonnieren Sie jetzt unseren iMusic Network Newsletter und erfahren Sie Interessantes rund um das Thema iMusic Network, unser Sortiment und die neusten Gitarren. Der Newsletter ist jederzeit kostenlos abbestellbar.

Ihre E-Mail Adresse

☐ Ich habe die  Datenschutzbestimmungen zur Kenntnis genommen und die  AGB gelesen und bin mit ihnen einverstanden.

SICHER EINKAUFEN & BEZAHLEN



* Alle Preise inkl. gesetzl. Mehrwertsteuer zzgl. Versandkosten und ggf. Nachnahmegebühren, wenn nicht anders angegeben.



**meisteredeguitars** and **maybachguitarsofficial**

···

**meisteredeguitars** We are proud to announce our dealer cooperation with @maybachguitarsofficial ! We will focus on the outstanding @nickpageguitars masterbuilt guitars ! Meister Ede visited the Maybach Custom Shop and picked up this one-off Albatroz special aged Guitar Summit Edition with lovely @amberpickups & Bigsby! It is for sale at www.meisteredeguitars.com!
.
#meisteredeguitars #guitarshop #boutiqueguitars #customshop #vintageguitar #sgguitar #musician #guitarporn #guitar #guitarplayer #guitars #guitarboutique

**1,015 likes**

1 day ago

Log in to like or comment.

**More posts from meisteredeguitars**





**meisteredeguitars** and **maybachguitarsofficial**

**meisteredeguitars** There she is !!!! 🔥BREAKING NEWS🔥! We are proud to announce our new dealer cooperation with @maybachguitarsofficial ! We will focus on the outstanding @nickpageguitars masterbuilt guitars ! Meister Ede visited the Maybach Custom Shop and picked up this one-off Albatroz special aged Guitar Summit Edition with lovely @amberpickups & Bigsby! It is for sale at www.meisteredeguitars.com!
.
#meisteredeguitars #guitarshop #boutiqueguitars #customshop #vintageguitar #sgguitar #musician #guitarporn #guitar #guitarplayer #guitars

**1,696 likes**
October 22, 2023

Log in to like or comment.

**More posts from meisteredeguitars**



Document title: There she is !!!! □   BREAKING NEWS□   ! We are proud to announce our new dealer cooperation with @maybachguitarsofficial ! We will focus on the… |
Capture URL: https://www.instagram.com/p/CysdkdRs-Zv/?img_index=1
Capture timestamp (UTC): Mon, 19 Feb 2024 19:38:30 GMT



**Willkommen bei MEISTER EDE GUITARS, dem gut sortierten Online-Gitarrenhandel für ausgesuchte, hochwertige Gitarren! ..."gewöhnlich kann jeder"**



In Stock    Media    Ede`s "Private Stock"    Über uns    Kontakt    FAQ    AGB    Datenschutz    Impressum    Meister Ede

## Maybach Customshop Nick Page Masterbuilt Albatroz Special NEUWARE! -> Guitar Summit Ltd. One-Off!

*Maybach Nick Page Masterbuilt Aged Albatroz Special, was für ein Hammer!*

Nick Page hat sich in der Boutique Szene mit seinen High-end Gitarren bereits einen erstklassigen Ruf erarbeitet, bevor er die Leitung des Maybach Customshops übernommen hat. Dort baut er allerfeinste Masterbuilt Gitarren, basierend auf seinen etablierten Nick Page Modellen, aber auch gänzlich neue Modelle werden von Nick designed und umgesetzt.

Mit Stolz können wir verkünden, dass wir nun offizieller Händler für diese grandiosen Gitarren sind und in Zukunft hoffentlich noch viele wundervolle Exemplare von Nick Page / Maybach erhalten werden.

Wir präsentieren hier die allererste Nick Page Masterbuilt / Maybach Custom Shop Relic "SG" für unseren Shop. Dieses Prachtexemplar in aufwendigem Le Sabre Blue Metallic Aged Finish wurde für die Guitar Summit 2023 konzipiert und vor Ort ausgestellt - Seriennummer "Guitar Summit 2023/3"

Wenn Maybach schon mit solch einem Paukenschlag in Kooperation mit Nick Page auf den Markt kommt, muss natürlich auch das Ergebnis absolut überzeugen und darf keine Angriffsfläche für Kritik bieten. Der Anspruch und Druck der vermutlich vor allem bei einem Exemplar für die Guitar Summit herrschte, war sicherlich immens hoch. Zudem war klar, dass dieses Exemplar auch die Zusammenarbeit mit MEISTER EDE GUITARS besiegelt. In diesem Zusammenhang muss sie unsere anspruchsvolle Kundschaft und natürlich auch Meister Ede überzeugen. Meister Ede hat die Gitarre persönlich im Custom Shop abgeholt und die Gitarre wurde vor Ort im Final-Setup perfekt auf unsere Wünsche abgestimmt.

Nick Page uns sein Team haben hier alle Erwartungen übertroffen! Was für ein fantastisches, eigenständiges Instrument, welches nicht nur optisch für den großen "Wow"-Effekt sorgt. Den Ton und das Feeling muss man einfach erfahren.

Das grandiose Finish ist absolut atemberaubend und wird durch erstklassige Hölzer komplettiert. Das tolle Zusammenspiel von selektierten Hölzern und erstklassiger Hardware, sorgt für bestes Schwingungsverhalten. Mit lediglich 3,24kg trotz drittem Pickup und Bigsby, hängt die Gitarre perfekt am Gurt.

Um die edlen Hölzer in Perfektion an den Amp zu übertragen, kommen 3 perfekt abgestimmte Amber Pickups zum Einsatz, welche eine Fülle an markanten Sounds liefern. Diese Pickups werden in enger Zusammenarbeit zwischen Nick und Amber Pickups designed, nicht nur optisch ein Hingucker! Die Schaltung ist ebenfalls eigenständig:

1* Master Volume
1* Master Tone
1* Middle Pickup Volume
1* Middle Pickup Tone

Durch diese Schaltung kann man den mittleren Pickup komplett weglassen

Hingucker! Die Schaltung ist ebenfalls eigenständig:

1* Master Volume
1* Master Tone
1* Middle Pickup Volume
1* Middle Pickup Tone

Durch diese Schaltung kann man den mittleren Pickup komplett weglassen und hat eine "normale" SG, oder aber man regelt ihn nach Gusto hinzu und hat eine unfassbare Bandbreite an erstklassigen Sounds. Das Mastervolume ist besonders praxisgerecht und erlaubt nun ein ganz anderes Handling, als man es sonst von SG Modellen kennt.

Die einzelnen Sounds zu beschreiben wäre eine Tagesaufgabe und eine Ansammlung von Superlativen. Wir können nur dazu einladen einen Termin bei uns zu vereinbaren, um die Gitarre persönlich zu erkunden.

Für einen ersten groben Eindruck haben wir folgende Videos aufgenommen, die jedoch nur einen Bruchteil der tonalen Möglichkeiten dieser Gitarre aufzeigen!

Clean:
https://youtu.be/B_N4nGN1irI?si=fMG6sWpHU3QyzLsP

Crunch:
https://youtu.be/lgzfM9z_z7k?si=-GgFJWV10sFpXGip

Hier gibt es noch ein Video mit Nick Page und Olli von Session bei der diesjährigen Guitar Summit. Unser Exemplar war im Eingangsbereich in der Vitrine ausgestellt und daher nicht im Video ersichtlich. So war auch sichergestellt, dass die Gitarre nicht von allen Besuchern bespielt wird :-)

https://youtu.be/uqfAZpRHPAM?si=YcdLORqnimepgxP1

Wir sind total überzeugt von diesen Maybach Custom Shop Nick Page Gitarren und werden hoffentlich in Zukunft noch einige Exemplare unseren Kunden ans Herz legen dürfen. Diese Gitarren werden noch für ordentlich Furore sorgen auf dem High-End Boutique Markt.

Die Verarbeitung ist absolut tadellos und wir sind sehr stolz unseren Kunden diese Ausnahmegitarre anbieten zu können, auch wenn Meister Ede sie sehr gerne selber behalten würde :-).

4.790,-€ inkl. ausgewiesener MwSt.!





Document title: Masterbuilt Maybach Albatroz Special LTD | MEISTER EDE GUITARS
Capture URL: https://www.meisteredeguitars.com/maybach-albatroz-masterbuilt-nickpage-guitarsummit-limited-edition-one-off
Capture timestamp (UTC): Mon, 19 Feb 2024 19:46:52 GMT

Page 4 of 10



**MEISTER EDE GUITARS**
FINEST ELECTRIC & ACOUSTIC
GERMANY

**Kontakt:**
Info@MeisterEdeGuitars.com

© 2018 by Meister Ede Guitars

Document title: Masterbuilt Maybach Albatroz Special LTD | MEISTER EDE GUITARS
Capture URL: https://www.meisteredeguitars.com/maybach-albatroz-masterbuilt-nickpage-guitarsummit-limited-edition-one-off
Capture timestamp (UTC): Mon, 19 Feb 2024 19:46:52 GMT