IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON, INC., a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Tony Götz, d/b/a iMusicnetwork e.K., ) <br> ) <br> and ) <br> ) <br> DOES 1 through 10, ) <br> ) <br> Defendants. ) <br> ) | Case No.: |

**PLAINTIFF GIBSON INC.'S CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of Plaintiff Gibson, Inc, in compliance with Federal Rule of Civil Procedure 7.1.

Gibson, Inc. is a Delaware corporation. Gibson Inc. does not nor will it issue publicly held stock.  Powell Investors II Limited Partnership is a parent corporation owning 10% or more of Gibson, Inc.

Respectfully submitted this 24th day of March 2026.

/s/*Stephen D. Howen*
Stephen D. Howen
State Bar No. 10117800
Law Office of Steve Howen
7111 Bosque Blvd., Suite 300
Waco, TX 76710
Telephone: (214) 460-4856
Facsimile: (254) 822-4926
steve@stevehowenlegal.com

Andrea E. Bates
*Pro Hac Vice forthcoming*
Elizabeth Poland Andujar

*Pro Hac Vice forthcoming*
Bates & Bates, LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Telephone: (404) 228-7439
Facsimile: (404) 963-6231
abates@bates-bates.com
eandjar@bates-bates.com

*Attorneys for Plaintiff*
*GIBSON, INC.*

2