IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON, INC., a Delaware corporation, | ) |
| | ) |
| | ) |
| Plaintiff, | ) Case No.: 4:26-cv-00288 |
| | ) |
| vs. | ) |
| | ) |
| Tony Götz, d/b/a iMusicnetwork e.K., | ) |
| | ) |
| and | ) |
| | ) |
| DOES 1 through 10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **NOTICE OF APPEARANCE**

Notice is hereby given that Stephen Howen, State Bar No. 10117800, of Law Office of Steve Howen, 7111 Bosque Blvd Suite 300, Waco, Texas 76710, (214)-460-4856, enters his appearance in this matter as counsel for Plaintiff Gibson Brands Inc. in the above-styled and numbered case. Counsel hereby requests notice and copies of all communications and other documents filed in this matter.

Respectfully submitted this 25th day of March 2026,

/s/ *Stephen Howen*
Stephen Howen
State Bar No. 10117800
Law Office of Steve Howen7111
Bosque Blvd, Suite 300
Waco, TX 76710
Telephone: (214)-460-4856
Facsimile: (254)-822-4926
steve@stevehownelegal.com

*Attorneys for Plaintiff GIBSON, INC.*

## CERTIFICATE OF SERVICE

I certify that on March 25, 2026, the foregoing document was served on all counsel of record via this Court's CM/ECF electronic filing system.

*/s/ Stephen Howen*
Stephen Howen